IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OTOE-MISSOURIA TRIBE OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00937L |
| | ) | Senior Judge Loren A. Smith |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, the litigation of this case, including Defendant's time and obligation to file its Answer or otherwise respond to the Complaint, is temporarily stayed until after February 27, 2008;

3. The parties shall file a joint status report on or before February 27, 2008, informing the Court of the status of their efforts to resolve the issues and claims of this case (if any) and of Plaintiff's companion case, Otoe-Missouria Tribe of Oklahoma v. Kempthorne, No. 06-cv-01436-C (W.D. Okla.), and making a proposal to the Court about whether and how to proceed with this case; and

4. The temporary stay shall be effective immediately, thus deferring, among other things, the time and obligation for Plaintiff to amend its Complaint as of right, if Plaintiff so chooses, and for Defendant to file its Answer or otherwise respond to the Complaint (or Amended Complaint, if any), until after the termination of the temporary stay;

5. The parties shall file a joint status report on or before February 27, 2008, informing the Court of the status of their efforts to resolve the issues and claims of this case (if any) and of Plaintiff's companion case, Otoe-Missouria Tribe, No. 06-cv-01436-C, and making a proposal to the Court about whether and how to proceed with this case;

6. Either party may seek to terminate the temporary stay of litigation and reinstate the litigation, at any time between the date of the entry of the Court's order and February 27, 2008, by providing 30 days' advance written notice to the other party and then filing a motion with the Court, both of which will set forth the grounds for the request to terminate the temporary stay and the reinstatement of litigation; and

7. Within 15 days of the Court's order terminating the stay of litigation and reinstating the litigation, or as part of the joint status report filed on or before February 27, 2008, the parties shall submit their proposal regarding the deadlines for such items as the amendment by Plaintiff of its Complaint, if any; the filing by Defendant of its Answer or response to the Complaint (or Amended Complaint, if any); and the filing of the parties' Joint Preliminary Status Report (JPSR) pursuant to RCFC Appendix A, ¶ 4.

SO ORDERED.

Date: ____________________________ ____________________________________________

HON. LOREN A. SMITH
United States Court of Federal Claims