IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OTOE-MISSOURIA TRIBE OF INDIANS )
OKLAHOMA, )
)
Plaintiff, )
v. ) No. 06-CV-00937-L
)
THE UNITED STATES, )
Defendants. )

**CONSENT TO APPOINTMENT OF**
**KENNIS M. BELLMARD, II AS LEAD COUNSEL**

STATE OF OKLAHOMA )
) ss:
COUNTY OF OKLAHOMA )

I, Timothy M. Larason, lead counsel in the above-captioned case, hereby consent to substitution of and the appointment of Kennis M. Bellmard, II as lead counsel.

IN WITNESS WHEREOF, this Consent is executed by the undersigned this 2nd day of March, 2007.

Timothy M. Larason

This instrument was acknowledged before me this 2nd day of March, 2007, by Timothy M. Larason.

Notary Public

My Commission Expires: # 02014612
My Commission No.: EXP. 09/04/10
(SEAL)

CHERYL SHOOK NOTARY PUBLIC STATE OF OKLAHOMA

196895.1

Attachment 2