# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * *

**THE OTOE-MISSOURIA TRIBE OF OKLAHOMA,**

*Plaintiff,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

Case No. 06-00937L

Senior Judge Loren A. Smith

Filed: March 5, 2007

**ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion is hereby **GRANTED**;

2. Effective immediately, the litigation of this case, including Defendant's time and obligation to file its Answer or otherwise respond to the Compliant, is temporarily stayed until after February 27, 2008;

3. The temporary stay shall be effective immediately, thus deferring, among other things, the time and obligation for Plaintiff to amend its Complaint;

4. The parties shall file a joint status report on or before February 27, 2008, informing the Court of the Status of their efforts to resolve the issues and claims of this case (if any) and of Plaintiff's companion case, Otoe-Missouria Tribe of Oklahoma v. Kempthrone, No. 06-cv-01436-C (W.D. Okla.), and making a proposal to the Court about whether and how to proceed with this case;

5. Either party may seek to terminate the temporary stay of litigation and reinstate the litigation, at any time prior to February 27, 2008, by providing 30 days' advance written notice to the other party and then filing by a motion with the

Court, both of which will set forth the grounds for the request to terminate the temporary stay and the reinstatement of litigation;

6. Within 15 days of the Court's order terminating the stay of litigation and reinstating the litigation, or as part of the joint status report filed on or before February 27, 2008, the parties shall submit their proposal regarding the deadlines for such items as the amendment by Plaintiff or its Complaint, if any; the filing by Defendant of its Answer or response to the Complaint (or Amended Complaint, if any); and the filing of the parties' Joint Preliminary Status Report (JPSR) pursuant to RCFC Appendix A, ¶ 4.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE