**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE OTOE-MISSOURIA TRIBE OF OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-937 L** |
| | ) | **Senior Judge Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk and all parties of record:

Please enter the appearance of Terry M. Petrie, in substitution for Martin J. LaLonde, as counsel of record for Defendant in this case. Service of all further pleadings, documents or other papers herein, exclusive of original process, by regular U.S. mail, overnight-mail, or hand deliveries, should continue to be made upon Defendant by service upon Mr. Petrie in substitution for Mr. LaLonde at this address:

Terry M. Petrie
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: (303) 844-1369
Facsimile: (303) 844-1350
E-mail: Terry.Petrie@usdoj.gov

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Anthony P. Hoang, co-counsel for Defendant.

Dated: August 6, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Terry M. Petrie*

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF APPEARANCE** was served on August 6, 2007, by Electronic Case Filing, on the following counsel:

Kennis Monte Bellmard, II
Andrews Davis, P.C.
100 North Broadway
Suite 3300
Oklahoma City, OK 73012

*Counsel for Plaintiff*

*s/ Terry M. Petrie*
TERRY M. PETRIE