IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OTOE-MISSOURIA TRIBE<br>OF INDIANS, OKLAHOMA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-CV-937-L |
| | ) | Senior Judge Loren A. Smith |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated March 5, 2007, Docket No. (Doc #) 7, Plaintiff and Defendants (the parties herein) submit the following joint status report about the status of the Otoe-Missouria Tribe of Indians, Oklahoma's tribal trust accounting and trust mismanagement cases that have been filed in this Court and the United States District Court for the Western District of Oklahoma.

## I. United States District Court for the Western District of Oklahoma

In Otoe-Missouria Tribe of Indians, Oklahoma v. Kempthorne, No. No. 06-cv-01436-C (W.D. Okla.), Plaintiff filed an Amended Complaint on May 25, 2007. Doc # 9. Defendants filed an Entry of Appearance for Anthony Hoang on May 28, 2007. Doc # 10. The Parties filed a Joint Motion to Stay on May 30, 2007. Doc # 11. The Court granted the Motion to Stay on May 31, 2007. The Order stayed the litigation until October 24, 2007. Doc # 12. Defendants filed an Entry of Appearance for Terry M. Petrie on August 16, 2007. Doc # 18. The Parties filed a Joint Status Report on October 24, 2007. The Parties requested an additional stay to permit the parties to attempt to resolve discovery issues and continue informal settlement discussion. Doc # 19. The

Court has not yet entered an Order in response to the Joint Status Report. Plaintiff filed an Entry of Appearance for Jacquelyn V. Duffy on November 9, 2007. Doc # 20.

**II. United States Court of Federal Claims**

The Parties seek to reinstate the litigation and terminate the stay to allow the parties to move forward and actively pursue this cause of action. Plaintiff acknowledges receipt of a copy of the analyses, results, and supporting materials relating to the tribal trust fund account reconciliation project that was undertaken by the Interior Department for Plaintiff and other Tribes in the mid-1990s as provided by the Defendant in early 2007. Plaintiff, however, does not believe the materials are helpful or responsive to the allegations of trust fund mismanagement described in the Complaint without further supplement through additional discovery. Defendant believes the materials provided were responsive to Plaintiff's informal discovery request. No further discovery has occurred.

In order to facilitate further discovery, Plaintiff will also file a Motion for Document Preservation Order, Confidentiality Agreement and Protective Order on the same day as this Joint Status Report. Defendant does not believe the entry of a Document Preservation Order is necessary or warranted in this case.

Pursuant to the Order dated March 5, 2007, the Parties are to submit their proposal for deadlines. The Parties propose that the amendment by Plaintiff of its Complaint be filed by March 21, 2008. The Parties propose that the answer by Defendant or response to Plaintiff's amended Complaint be filed by May 20, 2008. The Parties propose that the Joint Preliminary Status Report be filed by July 2, 2008, within

the requisite forty-nine (49) days required by Appendix A of the Rules of the United States Court of Federal Claims.

Respectfully submitted this 27th day of February, 2008.

RONALD J. TENPAS
Assistant Attorney General

*s/ Kennis M. Bellmard*
Kennis M. Bellmard II, OBA #13965
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786
kmbellmard@andrewsdavis.com

ATTORNEY OF RECORD
FOR PLAINTIFF

*s/ Terry M. Petrie*
Terry M. Petrie
United States Department of Justice
Environmental & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

ATTORNEY OF RECORD
FOR DEFENDANT

Of Counsel for Plaintiff

MICHAEL D. MCMAHAN, OBA #17317
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

TIMOTHY M. LARASON, OBA # 5239
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

SANDRA BENISCHEK HARRISON
OBA # 18647
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

Of Counsel for Defendant

ANTHONY P. HOANG
United States Department of Justice
Environmental & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

JENNIFER HENSHAW MCBEE,
OBA #19170
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

JACQUELYN V. DUFFY, OBA #21630
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

**206661.2**