# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

**THE OTOE-MISSOURIA TRIBE OF OKLAHOMA,**

*Plaintiff,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-937L

Senior Judge Loren A. Smith

Filed: March 3, 2008

**ORDER**

Pursuant to the Status Report filed on February 27, 2008, the Court hereby **LIFTS** the **STAY** in this matter. Plaintiff shall file and serve its amended complaint on or before March 21, 2008. Defendant's answer or other response shall be filed and served on or before May 20, 2008. The Joint Preliminary Status Report (JPSR) shall be filed by July 2, 2008. Thereafter, a status conference will be scheduled by the Court.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE