**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **OTOE-MISSOURIA TRIBE OF INDIANS, OKLAHOMA,** | |
| **Plaintiff,** | **Case No. 06-937L** |
| **v.** | **Sr. Judge Loren A. Smith** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**JOINT MOTION TO EXTEND TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims (RCFCs), Plaintiff and Defendant respectfully and jointly submit this motion to extend the time, to and including July 16, 2008, within which to file their joint preliminary status report (JPSR). Under the Court's scheduling order, dated March 3, 2008, the current filing deadline for the JPSR is July 2, 2008. The parties seek two additional weeks based on the following:

1. The May 20, 2008, docket entry indicated, contrary to this Court's scheduling order, that the JPSR was due on July 11, 2008. Unfortunately, the parties relied on that statement and only recently determined it to be inaccurate.

2. Pursuant to RCFC 6.1, the parties' counsel have discussed this motion during a conference call on June 30, 2008. During that call, among other items, counsel exchanged and discussed the parties' respective views and positions relating to the deadlines of this case. Both parties' counsel indicated that they supported this motion.

3. Depending on the Court's ruling on this issue, the parties have scheduled an early

meeting of counsel (EMOC), as required by the RCFCs, for July 8, 2008, at 4:00 p.m. E.D.T.

4. By granting this joint motion, the Court will not cause any undue prejudice or harm to the rights and interests of the parties. Instead, by granting this motion, this Court will promote judicial efficiency and serve the public interest by enabling the parties to submit a well-discussed, -analyzed, -briefed, and -reviewed JPSR to the Court. At the same time, however, by denying this joint motion, the Court could cause prejudice and harm to the parties' positions because they would not have sufficient time to complete a thorough JPSR before filing it.

WHEREFORE, the parties respectfully request this Court to grant their joint motion and allow them to and including July 16, 2008, within which to file their JPSR.

Respectfully submitted this 1st day of July 2008,

Dated: July 1, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*s/ Sandra Benischek Harrison*
Sandra Benischek Harrison, OBA #18647
*(signed by Filing Attorney pursuant to written authorization on June 30, 2008)*
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
Attorneys and Counselors at Law
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

Attorney of Record for Plaintiff

*s/ Terry M. Petrie*____
Terry M. Petrie
*(signed by Filing Attorney pursuant to written authorization on June 30, 2008)*
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (202) 353-2021
Terry.Petrie@usdoj.gov
Attorney of Record for Defendant

OF COUNSEL:

Timothy M. Larason, OBA #5239
Michael D. McMahan, OBA #17317
Jennifer Henshaw McBee, OBA #19170
Jacquelyn V. Duffy, OBA #21630
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
Attorneys and Counselors at Law
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com

OF COUNSEL:

ANTHONY P. HOANG
JARED S. PETTINATO
United States Department of Justice
Environment and Natural Resources
Division
Natural Resource Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0203
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov
Jared.Pettinato@usdoj.gov

SHANI N. WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227