# In the United States Court of Federal Claims

| | |
|---|---|
| **THE OTOE-MISSOURIA TRIBE OF OKLAHOMA,** | |
| *Plaintiff,* | Case No. 06-937L |
| v. | Senior Judge Loren A. Smith |
| | Filed: July 3, 2008 |
| **THE UNITED STATES**, | |
| *Defendant*. | |

**ORDER**

The Court hereby **GRANTS** the parties' joint motion for extension of time to file their Joint Preliminary Status Report (JPSR). The JPSR shall be filed and served on or before July 16, 2008.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE