IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OTOE-MISSOURIA TRIBE OF INDIANS, OKLAHOMA | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-CV-937 |
| THE UNITED STATES OF AMERICA, | ) | Judge Loren A. Smith |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO SUBSTITUTE A JOINT STIPULATION**

Defendant, by and through its undersigned counsel, hereby respectfully make this motion to substitute the attached Parties' Joint Stipulation, [Proposed] Order, and Exhibit 1, Regarding Confidentiality of Certain Documents, Data, And/or Other Materials to Be Provided by Defendant to Plaintiff, for one of the [Proposed] Orders Regarding Confidentiality of Certain Documents, Data, And/or Other Materials To Be Provided by Defendant to Plaintiff and Exhibit 1, filed on July 28, 2008. Through the inadvertence of counsel, the filings on that day included two proposed orders instead of one proposed order and one joint stipulation. Counsel regrets any inconvenience to the Court and Plaintiff as a result.

Respectfully submitted this 31st day of July 2008,

RONALD J. TENPAS
Assistant Attorney General

*/s/ Terry M. Petrie*
TERRY M. PETRIE
JARED S. PETTINATO
ANTHONY P. HOANG
United States Department of Justice

Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0203
Tel: (303) 844-1383
Tel: (202) 305-0241
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

SHANI N. WALKER
JOSHUA A. EDELSTEIN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
THOMAS KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227