# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

**THE OTOE-MISSOURIA TRIBE OF OKLAHOMA,**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-937L

Senior Judge Loren A. Smith

Filed: August 5, 2008

**ORDER**

The Court hereby SCHEDULES a preliminary scheduling conference for Wednesday, August 13, 2008 at 3:00 p.m. EDT.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE