# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **THE OTOE-MISSOURIA TRIBE OF OKLAHOMA,** | * | |
| *Plaintiff,* | * | Case No. 06-937L |
| v. | * | Senior Judge Loren A. Smith |
| | * | Filed: August 18, 2008 |
| **THE UNITED STATES**, | * | |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby RESCHEDULES the preliminary scheduling conference for August 21, 2008 at 3:00 p.m. EDT.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE