**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTOE-MISSOURIA TRIBE OF INDIANS, OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | **Case No. 06-CV-937-L** |
| **v.** | ) | **Sr. Judge Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES RELATED TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to RCFC 6.1, Plaintiff submits this motion to extend briefing deadlines related to Defendant's Motion to Dismiss filed with this Court. Plaintiff's response to Defendant's Motion to Dismiss is presently scheduled for September 2, 2008. Plaintiff seeks to extend the Plaintiff's response deadline to September 30, 2008, which will result in a reply date for Defendants of October 14, 2008.

1. The August 1, 2008, docket entry [Doc.#21] indicates that the response to Defendant's Motion to Dismiss is due on September 2, 2008. The parties are in agreement that the existing briefing schedule, when combined with the briefing schedules in other trust fund litigation cases pending between Plaintiff's firm and Defendant, is burdensome and prejudicial to both parties. Accordingly, the Parties have agreed that a modification to the briefing schedule is necessary.

2. Pursuant to RCFC 6.1, the parties' counsel have discussed this motion during a conference call on August 8, 2008. During that call, among other items, counsel exchanged and

discussed the parties' respective views and positions relating to the deadlines of this case. Defendants do not oppose this motion. The resulting deadline for Defendants' reply (mid-October, rather than mid-September) is beneficial to Defendants as well.

3. The parties have attended an early meeting of counsel (EMOC), as required by the RCFC, on July 8, 2008, and discussed this matter.

4. By granting this motion, the Court will not cause any undue prejudice or harm to the rights and interests of the parties. Instead, by granting this motion, this Court will promote judicial efficiency and serve the public interest by enabling the parties to submit a well-discussed, -analyzed, -briefed, and -reviewed Response and Reply to the Court. At the same time, however, by denying this joint motion, the Court could cause prejudice and harm to the parties' positions because they would not have sufficient time to complete a thorough Response and Reply before filing it.

WHEREFORE, the Plaintiff respectfully request this Court to grant this motion and allow Plaintiff to and including September 30, 2008, within which to file Plaintiff's Response to Defendant's Motion to Dismiss.

Respectfully submitted this 18th day of August 2008.

*s/ Kennis M. Bellmard II*
Kennis M. Bellmard II, OBA #13965
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
Attorneys and Counselors at Law
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

Attorney of Record for Plaintiff

OF COUNSEL:

Timothy M. Larason, OBA #5239
Michael D. McMahan, OBA #17317
Jennifer Henshaw McBee, OBA #19170
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
Attorneys and Counselors at Law
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2008, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Terry Petrie, Anthony P. Hoang, Jared S. Pettinato
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0203
Fax: (202) 353-2021
Terry.Petrie@usdoj.gov
Anthony.Hoang@usdoj.gov
Jared.Pettinato@usdoj.gov

SHANI N. WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

*s/ Kennis M. Bellmard II*

211464.1