# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **THE OTOE-MISSOURIA TRIBE OF OKLAHOMA,** | | |
| *Plaintiff,* | | Case No. 06-937L |
| v. | | Senior Judge Loren A. Smith |
| | | Filed: August 19, 2008 |
| **THE UNITED STATES**, | | |
| *Defendant*. | | |

## ORDER

The Court hereby **GRANTS** Plaintiff's Unopposed Motion for Extension of Time to File its Response to Defendant's Motion to Dismiss. Plaintiff's Response shall be filed and served on or before September 30, 2008.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE