# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| | * | |
| **THE OTOE-MISSOURIA TRIBE OF OKLAHOMA,** | * | |
| | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | Case No. 06-937L |
| | * | |
| v. | * | Senior Judge Loren A. Smith |
| | * | |
| | * | Filed: August 21, 2008 |
| | * | |
| **THE UNITED STATES**, | * | |
| | * | |
| *Defendant*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

Pursuant to the scheduling conference held on August 21, 2008, the Court hereby **SCHEDULES** a telephone status conference for Thursday, October 16, 2008 at 3:00 p.m. The Court further **SCHEDULES** oral argument on Defendant's Motion to Dismiss for Thursday, November 13, 2008 at 2:00 p.m. in Courtroom #9, United States Court of Federal Claims, Washington, D.C.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE